IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES YOUNG, | § |
| Plaintiff, | § § § |
| v. | §   Civil Action No.  3:15-CV-3742-M (BH) |
| NANCY A. BERRYHILL, ACTING, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § § |
| Defendant. | § |

### ORDER ACCEPTING AS CORRECTED FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court, except to correct the ninth line on page 25, which should read "ALJ did not violate *Ripley*, and remand is not required on this basis."

It is therefore **ORDERED** that because the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as corrected, the decision of the Commissioner is **REVERSED**, and by separate judgment, the case will be **REMANDED** to the Commissioner for further proceedings.

**SIGNED** this 9th day of March, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE